**Order filed February 25, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00626-CV
_____

**GREGORY GOTTWALD, INDIVIDUALLY AND D/B/A G GROUP AND D/B/A DURATECH SERVICES AND D/B/A DURATECH FOUNDATION REPAIR , AND DURATECH SERVICES, L.L.C., Appellants**

**V.**

**MELINDA O'CONNELL, Appellee**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2016-81888**

## O R D E R

Appellants' brief was due February 10, 2020. No brief or motion for extension of time has been filed. If appellants do not file a brief with this court on or before **March 11, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.